# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EXEQUIEL CASTELLANOS CARRANZA,

                    Petitioner,

          v.

WARDEN, ADELANTO ICE PROCESSING CENTER EAST,

                    Respondent.

Case No. 5:26-cv-02777-SPG-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, (ECF No. 1 ("Petition")), Respondent Warden, Adelanto ICE Processing Center East's Answer (ECF No. 6 ("Answer")), the records and files herein, and the Magistrate Judge's Report and Recommendation, (ECF No. 7 ("Report and Recommendation")). Respondent represents that it "is not presenting an opposition argument at his time." *See* (Answer at 2). The Court therefore accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted;

2.     The Petition is granted;

3.     Petitioner Exequiel Castellanos Carranza, A#249-061-799, shall be immediately released from immigration detention;

-1-

4.     Respondent shall file a status report within two business days of any order adopting this Report and Recommendation confirming compliance with the Court's Order;

5.     Upon receipt of the status report, Judgment shall be entered consistent with this Order.

6.     The Clerk of Court shall serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: June 1, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-