JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EXEQUIEL CASTELLANOS CARRANZA,

                       Petitioner,

          v.

WARDEN, ADELANTO ICE PROCESSING CENTER EAST,

                     Respondent.

Case No. 5:26-cv-02777-SPG-BFM

**JUDGMENT (JS-06)**

Pursuant to the Order Granting Petition, (ECF No. 8), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition, (ECF No. 1), is granted as to Claim One. Respondent Warden, Adelanto ICE Processing Center East, represents that it released Petitioner on June 2, 2026.  (ECF No. 9).  The Court therefore directs the Clerk of Court to close this case.

DATED:  June 5, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-